UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
LAMONT LEE and TYMEL KORNEGAY,

        Plaintiffs,

    -against-                            **NOTICE OF APPEARANCE**

THE CITY OF TROY,                         1:19-cv-00473-DNH-DJS
PATROLMAN CHRISTOPHER PARKER,
PATROLMAN LOUIS PERFETTI,
PATROLMAN JUSTIN ASHE,
PATROLMAN KYLE JONES,
PATROLMAN "JOHN" MORRIS (ID No. 7866) and
SERGEANT "JOHN" BARKER (ID No. 7753),

        Defendants.
------------------------------------X

        PLEASE TAKE NOTICE that Glenn D. Miller, Esq., of the law firm of Sivin & Miller, LLP, 20 Vesey Street, Suite 1400, New York, NY 10007, attorneys for plaintiffs, hereby appears as co-counsel for plaintiffs Lamont Lee and Tymel Kornegay. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 3, 2019

                                              Yours, etc.
                                              SIVIN & MILLER, LLP

                                              By_____
                                              Glenn D. Miller
                                              20 Vesey Street, Suite 1400
                                              New York, NY 10007
                                              (212) 349-0300
                                              gmiller@sivinandmiller.com