# RICHARD T. MORRISSEY

**Attorney At Law**
64 Second Street
Troy, New York 12180

_____

Tel.   (518) 271-7883

July 25, 2019

*By CM/ECF*

Hon. Daniel J. Stewart,
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, New York 12207

                                              Re: Lee/Kornegay v. City of Troy *et al.*
                                              U. S. District Court, NDNY
                                              Case No.:  1:19-CV-473 (DNH/DJS)

Dear Judge Stewart:

     I am a Deputy Corporation Counsel for the City of Troy and represent the defendants in the above referenced matter.

     On behalf of the parties, I hereby request a short extension to stipulate to a mediator in the above. I have contacted Judge Treece.  He is willing to serve and is running a check for conflicts in his firm's database.  The fault for the delay lies with me, not Mr. Miller.

     Thank you for your courtesy and consideration.

                                                               Very truly yours,

                                                               s/RTM

                                                               Richard T. Morrissey

cc: Sivin & Miller (by CM/ECF)